**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Action No.  13-cr-0159-WJM-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**17.  ARNELL STEWART**,

    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

This matter comes before the Court on Defense Counsels' Motion to Withdraw, filed August 7, 2013 (ECF No. 347) and Defendant Stewart's supporting CJA 23 Financial Affidavit (ECF No. 38) filed April 25, 2013.  The Court being fully advised hereby ORDERS as follows:

Defense Counsels' motion is GRANTED.  Criminal Justice Act ("CJA") counsel, Mr. Thomas Johnson and Geoffrey Klingsporn, are hereby granted leave to withdraw from this case as counsel for Defendant Arnell Stewart (17). The Clerk shall terminate all further CM/ECF notification to Messrs. Johnson and Klingsporn in this case.

The Clerk is further DIRECTED to appoint new CJA Counsel for Defendant Stewart as soon as practicable.

Dated this 6th day of August, 2013.

BY THE COURT:

William J. Martínez
United States District Judge