IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: July 11, 2014 |
| Court Reporter:     Gwen Daniel | Probation: Michelle Means |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00159-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Susan Knox |
|      Plaintiff, | |
| v. | |
| 17.  ARNEL STEWART<br>    a/k/a "SHOW OFF", | Michael Root |
|      Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

03:02 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Root

**ORDERED:   There being no objection to the Government's Motion Regarding**
              **Acceptance of Responsibility [952], the Motion is GRANTED.**

**ORDERED:** There being no objection to the Government's Motion to Dismiss Count Three of the Indictment as to Defendant Arnell Stewart [953], the motion is GRANTED. Count Three of the Indictment is DISMISSED as to Defendant Arnell Stewart only.

**ORDERED:** The Defendant's Unopposed Motion to Reduce the Base Offense Levels for Drug Quantity by Two (2) Points [962] is GRANTED.

Argument/Discussion

**ORDERED:** The Defendant's Objection to Presentence Report and Motion for Downward Departure for Overrepresentation of Criminal History [958] is DENIED.

Statement by Ms. Knox

**ORDERED:** The Government's §5K1.1 And Title 18 U.S.C. §3553(e) Motion for Downward Departure Based on Substantial Assistance [954] is GRANTED.

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on March 10, 2014.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Arnell Stewart, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 65 months.

In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the defendant take advantage of such a program during his imprisonment.

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of five years.

Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the

    **district to which defendant is released.**

    **While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

    **The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**  **Special Conditions of Supervised Release:**

  **1.**  **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and the term of supervised release and shall pay the cost of treatment as directed by the probation officer.**

  **2.**  **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED:**  **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:**  **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

Pursuant to the Plea Agreement, the defendant waived his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

To the extent the defendant retained a right to file an appeal, the Court advises him of his appeal rights.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:37 p.m.    Court in Recess
              Hearing concluded
              Time: 35 minutes